# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Shea, Edward F. | United States District Court | 05/08/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Senior Judge | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2018 **to** 12/31/2018 |

**7. Chambers or Office Address**

825 Jadwin Avenue, Ste. 320
Richland, WA 99352

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Officer/Director | ▓▓▓▓▓▓ - Corporation |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 05/08/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 05/08/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. VISA | Credit card | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.  Northwestern Mutual Life Insurance - Whole Life Insurance | B | Dividend | M | T | | | | | |
| 2.  Northwestern Mutual Life Insurance - Whole Life Insurance | B | Dividend | L | T | | | | | |
| 3.  Northwestern Mutual Life Insurance - Whole Life Insurance | B | Dividend | L | T | | | | | |
| 4.  Prudential Life Insurance - Whole Life Insurance | A | Dividend | K | T | | | | | |
| 5.  South Boston Savings Bank Life Ins - Whole Life Insurance | A | Dividend | J | T | | | | | |
| 6.  GESA Credit Union | A | Interest | J | T | | | | | |
| 7.  Coins | | None | J | T | | | | | |
| 8.  Art | | None | K | W | | | | | |
| 9.  BANK OF AMERICA SAVINGS ACCOUNT | A | Int./Div. | K | T | | | | | |
| 10. | | | | | | | | | |
| 11.  Vanguard Health Care Fund, Admin Personal Acct. | A | Dividend | J | T | | | | | |
| 12. | | | | | | | | | |
| 13.  E/ SCHWAB RETIREMENT IRA Pershing rollover to Rochedale (H) | | | | | | | | | |
| 14.  KO | A | Dividend | J | T | | | | | |
| 15.  DUK | A | Dividend | J | T | Sold (part) | 05/02/18 | J | A | |
| 16.  ES | A | Dividend | J | T | | | | | |
| 17.  VZ | A | Dividend | J | T | Sold (part) | 07/24/18 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   HTA | A | Dividend | J | T | Sold<br>(part) | 05/20/18 | J | A | |
| 19.   MAA * | A | Dividend | J | T | Sold<br>(part) | 07/24/18 | J | A | |
| 20.   RIMOX | D | Dividend | M | T | | | | | |
| 21.   LAMR | A | Dividend | J | T | Sold<br>(part) | 07/24/18 | J | A | |
| 22.   MGA | A | Dividend | J | T | | | | | |
| 23.   MO (Inadvertently reported as MA) | A | Dividend | J | T | | | | | |
| 24.   PAYX | A | Dividend | J | T | Sold<br>(part) | 07/24/18 | J | A | |
| 25.   PM | A | Dividend | J | T | Sold<br>(part) | 05/02/18 | J | A | |
| 26.   TWX, now T (merger on 6/18) | A | Dividend | J | T | | | | | |
| 27.   DHR | A | Dividend | | | Sold | 07/24/18 | J | A | |
| 28.   FB | | None | J | T | | | | | |
| 29.   INTC | A | Dividend | J | T | Sold<br>(part) | 07/24/18 | J | A | |
| 30.   GPT | A | Dividend | | | Sold | 03/07/18 | J | A | |
| 31.   HON | A | Dividend | J | T | Sold<br>(part) | 07/24/18 | J | A | |
| 32.   JNJ | A | Dividend | J | T | | | | | |
| 33.   LMT | A | Dividend | J | T | | | | | |
| 34.   NNN | A | Dividend | J | T | Sold<br>(part) | 07/24/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. TMO | A | Dividend | J | T | Sold<br>(part) | 11/09/18 | J | A | ? J double check? |
| 36. WMT | A | Dividend | J | T | Sold<br>(part) | 11/09/18 | J | A | |
| 37. GOOGL | | None | J | T | Sold<br>(part) | 07/24/18 | J | A | |
| 38. AWK | A | Dividend | J | T | | | | | |
| 39. BGS | A | Dividend | J | T | | | | | |
| 40. CTAS | A | Dividend | J | T | Sold<br>(part) | 07/24/18 | J | A | |
| 41. DHR | A | Dividend | J | T | | | | | |
| 42. XOM | A | Dividend | | | Sold | 07/24/18 | J | A | |
| 43. UNH | A | Dividend | J | T | Sold<br>(part) | 07/24/18 | J | A | |
| 44. AGR | A | Dividend | J | T | Sold<br>(part) | 07/24/18 | J | A | |
| 45. PGX | A | Dividend | J | T | | | | | |
| 46. WPC | A | Dividend | J | T | | | | | |
| 47. D | A | Dividend | J | T | | | | | |
| 48. EPR | A | Dividend | J | T | Sold<br>(part) | 05/02/18 | J | A | |
| 49. | | | | | Sold<br>(part) | 07/24/18 | J | A | |
| 50. NOC | A | Dividend | J | T | | | | | |
| 51. GIS | | None | | | Sold | 03/23/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. XEL | A | Dividend | J | T | Sold<br>(part) | 07/24/18 | J | A | |
| 53. CINF | A | Dividend | J | T | | | | | |
| 54. TBGVX | | None | | | Sold<br>(part) | 07/24/18 | J | A | |
| 55. | | | | | Sold | 10/09/18 | J | A | |
| 56. Pershing Gov't Act. | A | Interest | J | T | | | | | |
| 57. Pershing Cash | A | Interest | J | T | | | | | |
| 58. AEP * | B | Dividend | J | T | Sold<br>(part) | 07/24/18 | J | A | |
| 59. ARCC * | A | Dividend | J | T | | | | | |
| 60. NEE * | A | Dividend | J | T | | | | | |
| 61. UNP * | A | Dividend | J | T | | | | | |
| 62. PFE * | A | Dividend | J | T | | | | | |
| 63. WLK * | A | Dividend | | | Sold | 09/21/18 | J | A | |
| 64. COG * | A | Dividend | J | T | | | | | |
| 65. REZI (Spinoff) | | None | | | Sold | 11/16/18 | J | A | |
| 66. TXN * | A | Dividend | | | Sold | 11/09/18 | J | A | |
| 67. ECL * | | None | | | Sold | 04/11/18 | J | A | |
| 68. PX (LIN as of 11/1/18) | A | Dividend | J | T | Buy | 09/21/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Shea, Edward F. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  ROP | | None | J | T | Buy | 11/09/18 | J | | |
| 70.  CNRYX | | None | K | T | Buy | 11/09/18 | K | | |
| 71.  MRK * | A | Dividend | J | T | | | | | |
| 72.  ACN | A | Dividend | J | T | Buy | 04/11/18 | J | | |
| 73.  LLY * | A | Dividend | | | Sold | 02/28/18 | J | A | |
| 74.  GM Bond | A | Dividend | J | T | Buy | 08/14/18 | J | | |
| 75.  AT&T Note | A | Interest | J | T | Buy | 08/16/18 | J | | |
| 76.  BRK 4343189 | A | Dividend | J | T | Buy | 07/30/18 | J | | |
| 77. | | | | | | | | | |
| 78. | | | | | | | | | |
| 79. | | | | | | | | | |
| 80. | | | | | | | | | |
| 81. | | | | | | | | | |
| 82. | | | | | | | | | |
| 83.  ▨/RETIREMENT ACCOUNT (H) | | | | | | | | | |
| 84.  Shell Int'l Fin | A | Int./Div. | K | T | | | | | |
| 85.  NBC Univ. Media | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. Dow Chem. Note | A | Int./Div. | J | T | | | | | |
| 87. Home Depot Note | A | Int./Div. | J | T | | | | | |
| 88. Jeffries Group Note * | A | Int./Div. | J | T | | | | | |
| 89. Citi GRP Note | A | Int./Div. | J | T | | | | | |
| 90. Tyson Note | A | Int./Div. | J | T | | | | | |
| 91. A-B Inbev Bond | A | Int./Div. | J | T | | | | | |
| 92. Oracle Bond | A | Int./Div. | J | T | | | | | |
| 93. VZ Bond | A | Int./Div. | J | T | | | | | |
| 94. B.A.M Bond | A | Int./Div. | J | T | | | | | |
| 95. Goldman S. Bond | A | Int./Div. | J | T | | | | | |
| 96. Blackrock Bond | A | Int./Div. | J | T | | | | | |
| 97. Target Bond | A | Int./Div. | J | T | | | | | |
| 98. Morgan Staney Bond | A | Int./Div. | J | T | | | | | |
| 99. Apple Bond | A | Int./Div. | J | T | | | | | |
| 100. Brookfield PSHP | A | Distribution | J | T | Buy | 07/24/18 | J | | |
| 101. Eaton - ETN | A | Distribution | J | T | Buy | 10/12/18 | J | | |
| 102. T | A | Distribution | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Shea, Edward F.** | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. ADBE | | None | J | T | Buy | 07/24/18 | J | | |
| 104. BABA | | None | J | T | Buy | 10/25/18 | J | | |
| 105. APH | | None | J | T | Buy | 07/24/18 | J | | |
| 106. BRK.B | | None | J | T | Sold<br>(part) | 07/24/18 | J | A | |
| 107. CME | | None | J | T | Sold<br>(part) | 07/24/18 | J | A | |
| 108. CELG | | None | | | Sold | 02/28/18 | J | A | |
| 109. CVX | A | Distribution | J | T | Buy | 07/24/18 | J | | |
| 110. CSCO | A | Distribution | J | T | Buy | 12/13/18 | J | | |
| 111. CL | A | Distribution | J | T | | | | | |
| 112. CMCSA | A | Distribution | J | T | Sold<br>(part) | 07/24/18 | J | A | |
| 113. CMA | A | Distribution | J | T | Buy | 03/06/18 | J | | |
| 114. CNSL | | None | | | Sold | 02/02/18 | J | A | |
| 115. COST | A | Distribution | J | T | Sold<br>(part) | 07/24/18 | J | A | |
| 116. DIS | A | Distribution | J | T | Sold<br>(part) | 07/24/18 | J | A | |
| 117. DWDP * | | None | | | Sold | 07/24/18 | J | A | |
| 118. EW | | None | J | T | Sold<br>(part) | 07/24/18 | J | A | |
| 119. EA | | None | | | Sold | 12/13/18 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  HD | A | Distribution | J | T | Sold (part) | 07/24/18 | J | A | |
| 121.  JPM | A | Distribution | J | T | Sold (part) | 07/24/18 | J | A | |
| 122.  LLY | | None | | | Sold | 02/28/18 | J | A | |
| 123.  MGA | A | Distribution | J | T | | | | | |
| 124.  MA | A | Distribution | J | T | Buy | 07/24/18 | J | | |
| 125.  MCD | A | Distribution | J | T | Sold (part) | 07/24/18 | J | A | |
| 126.  MSFT | A | Distribution | J | T | Sold (part) | 07/24/18 | J | A | |
| 127.  OKE | A | Distribution | J | T | Buy | 07/24/18 | J | | |
| 128.  PNC | A | Distribution | J | T | Buy | 07/24/18 | J | | |
| 129.  PEP | A | Distribution | J | T | Sold (part) | 07/24/18 | J | A | |
| 130.  PG | A | Distribution | J | T | | | | | |
| 131.  PHM | A | Distribution | J | T | Sold (part) | 07/24/18 | J | A | |
| 132.  RTN | A | Distribution | J | T | Buy | 03/06/18 | J | | |
| 133.  SIX | A | Distribution | J | T | Sold (part) | 07/24/18 | J | A | |
| 134.  SBUX | A | Distribution | | | Sold | 08/02/18 | J | A | |
| 135.  STI | A | Distribution | J | T | Sold (part) | 07/24/18 | J | A | |
| 136.  TWX - Merged with T on 6/18/18 | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Shea, Edward F.** | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. USB | | None | | | Sold | 02/28/18 | J | A | |
| 138. VGR | A | Distribution | | | Sold | 10/16/18 | J | A | |
| 139. WRK | A | Distribution | J | T | Buy | 03/08/18 | J | | |
| 140. ZTS | A | Distribution | J | T | | | | | |
| 141. CCI | A | Distribution | J | T | Buy | 02/15/18 | J | | |
| 142. ESS | A | Distribution | | | Sold | 07/24/18 | J | | |
| 143. LPT | A | Distribution | J | T | Sold<br>(part) | 07/24/18 | J | A | |
| 144. HCN | A | Distribution | J | T | Sold<br>(part) | 07/24/18 | J | A | |
| 145. RIMOX | C | Distribution | J | T | | | | | |
| 146. CNRYX-FIERA | | None | J | T | Buy | 07/24/18 | J | | |
| 147. | | | | | Buy<br>(add'l) | 11/09/18 | J | | |
| 148. TBGVX | | None | K | T | Sold<br>(part) | 11/09/18 | J | A | |
| 149. Pershing Gov't Account | A | Int./Div. | J | T | | | | | |
| 150. BA * | | | | | | | | | |
| 151. PFE * | | | | | | | | | |
| 152. | | | | | | | | | |
| 153. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154.  SCHWAB JT ACCOUNT (H) | | | | | | | | | |
| 155.  British Petroleum | B | Dividend | K | T | | | | | |
| 156.  Ferrell - FGP | A | Distribution | | | Sold | 12/04/18 | J | A | |
| 157.  Minerva Neuro | | None | | | Sold | 12/31/18 | J | A | |
| 158.  SYN | | None | | | Sold | 10/11/18 | J | A | |
| 159.  --Schwab Money Market Fund SWRXX | A | Interest | J | T | | | | | |
| 160.  --Schwab Invest Money Fund (Pers) SWZXX | A | Int./Div. | K | T | | | | | |
| 161.  SHPD | B | Dividend | L | T | Sold (part) | 10/31/18 | J | A | |
| 162. | | | | | Sold (part) | 12/04/18 | J | A | |
| 163. | | | | | | | | | |
| 164. | | | | | | | | | |
| 165. | | | | | | | | | |
| 166. | | | | | | | | | |
| 167. | | | | | | | | | |
| 168. | | | | | | | | | |
| 169. | | | | | | | | | |
| 170. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | | | | | |
| 172. | | | | | | | | | |
| 173. | | | | | | | | | |
| 174. | | | | | | | | | |
| 175. | | | | | | | | | |
| 176. | | | | | | | | | |
| 177. | | | | | | | | | |
| 178. | | | | | | | | | |
| 179. | | | | | | | | | |
| 180. | | | | | | | | | |
| 181. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Shea, Edward F. | 05/08/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

*

19. MAA was listed in error as sold on 8/23/17.  It was not sold in 2017 and should have been listed in column C(1) as J and C(2) as T.

58. AEP was bought in 6/2016 and inadvertently omitted in the 2016 and 2017 reports.  B(1) B B(2) Div C(1) J C(2) T for years 2016 and 2017 reports.

59.  ARCC was bought in 5/2017 and inadvertently omitted in the 2017 report.  B(1) A B(2) Div C(1) J C(2) T for year the 2017 report.

60. NEE  was inadvertently omitted in the 2017 report.  Column D(1) Buy D(2) 10/18/17 D(3) J for the 2017 report.

61.  UNP inadvertently omitted in the 2017 report.  Column B(1) A B(2) Div C(1) J C(2) T D(1) Buy D(2) 09/20/17 D(3) J for the 2017 report.

62. PFE inadvertently omitted in the 2017 report.  Column B(1) A B(2) Div C(1) J C(2) T D(1) Buy D(2) 11/09/17 D(3) J for the 2017 report.

63. WLK inadvertently omitted in the 2017 report.  Column B(1) A B(2) Div C(1) J C(2) T D(1) Buy D(2) 09/21/17 D(3) J for the 2017 report.

64. COG  inadvertently omitted in the 2017 report.  Column  B(1) A B(2) Div C(1) J C(2) T D(1) Buy D(2) 10/05/17 D(3) J for the 2017 report.

66. TXN  inadvertently omitted in the 2017 report.  Column B(1) A B(2) Div C(1) J C(2) T D(1) Buy D(2) 11/21/17 D(3) J for the 2017 report.

67. ECL inadvertently omitted in the 2016 and  2017 report.  Column D(1) Buy D(2) 06/15/16 D(3) J for the 2016 report.

71. MRK  inadvertently omitted in the 2017 report.  Column D(1) Buy D(2) 05/08/17 D(3) J for the 2017 report.

73. LLY  inadvertently omitted in the 2016 and 2017 reports.  Column B(1) A B(2) Div C(1) J C(2) T D(1) Buy D(2) 2016 D(3) J.

88. LUK (2017 Report) was renammed Jeffries Financial Group.

117. DWDP previouly listed incorrected as DOW

150. BA Inadvertently included in 2017 report as all was sold on 10/28/16.

151. PFE Inadvertently included in 2017 report of ▇▇▇▇ IRA.

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 05/08/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Edward F. Shea**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544